```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

VICTORIA T. McPHATTER; ALEXIS M.      )
SCHOENTHAL; and HUGH Q. SMITH, on     )
behalf of themselves and others       )
similarly situated, including but     )   CIVIL NO. 1:05CV00027
not limited to:  JAMES MICHAEL        )
MCSWAIN; DEBORAH M. MICHALIC;         )
SHARON ALESIA MILLER; BARBARA P.      )
MOORE; SHIRLEY J. MOORE; JOHN         )
DENNIS MORGAN; BETTIE H. NOBLITT;     )
DIANE WILSON SHYTLE; LINDA T.         )
SMART; CAROL JEAN NASH SPENCER;       )
MARY STATEN SPEARS; THELMA L.         )
HARDIN; MARSHA ROLLINS MCKEE;         )
PATRICIA ANN HANNA; REBECCA M.        )
HOPKINS; BARBARA R. HOUSTON;          )
CORA L. HUDSON; MARY L. HUNTLEY;      )
VIVIAN B. REICHART; LAVONNE M.        )
THOMPSON; ALVIN LEWIS UNDERDOWN;      )
MARION C. ALEXANDER; KAYE GAMBLE      )
FALLS, and Husband, ALBERT HERMAN     )
FALLS; NANCY B. FOX; WILLIAM ALONZO)
GHENT; BETTY B. GILBERT; J. W.        )
KAYLOR; JANICE B. CARTER; LINDA B.    )
CHITWOOD; CAROLYN B. EVANS;           )
WALDENE C. BERRY; ELAINE D. BLACK;    )
BRENDA Y. BURGIN; MYRA G. GRAHAM;     )
LINDA D. GRIFFIN; DENNIS R.           )
HAMRICK; FAYE J. ERTZBERGER;          )
JOHNNY C. PATTERSON; BRENDA M.        )
PERRY; DELOSIE P. WALKER; JUDITH S.)
LYTLE; ALLISON GRANT; LUCINDA B.      )
GARDIN; VERA P. CLIFTON; DEBORAH      )
DAVIS; KATHRYN WHITE; LYNDA S.        )
MINTZ; GABRIEL F. EBERLE; CAROLYN     )
FRANCK; JACQUELINE BLACK;             )
PHYLLIS J. JONES; JOYCE F.            )
PRESSLEY; NELLIE J. TYSON; and        )
SANDRA A. MOORE; BRENDA L. MUNDAY,    )
                                      )
            Plaintiffs,               )
```

```
              v.                    )
                                    )
JEFFREY LIN SWEITZER; MATTHEW JAMES  )
MULLER, SR.; SAMUEL BOYCE RANKIN;    )
RANDY MATZ; JOSEPH M. ZENTNER, JR.;  )
AND OTHER DEFENDANTS TO BE NAMED;    )
and SALOMON, SMITH, BARNEY, INC.,    )
                                    )
              Defendants.           )
```

ORDER and JUDGMENT

BULLOCK, District Judge

For the reasons set forth in the memorandum opinion filed contemporaneously herewith,

IT IS ORDERED AND ADJUDGED that Plaintiffs' motion to remand [Doc. #7] and motion for costs and expenses pursuant to 28 U.S.C. § 1447(c) are **GRANTED**, and this action is **REMANDED** to the General Court of Justice, Superior Court Division, Guilford County, North Carolina.

IT IS FURTHER ORDERED that all remaining, pending motions, which are Defendants' Motion to Dismiss [Doc. #2] (filed January 10, 2005) and Plaintiffs' Motion to Defer Consideration [Doc. #18] of Motion to Dismiss, Motion to Strike, Motion to Supplement Opposition to Motion to Dismiss, and Motion for Leave to Amend Complaint (all filed March 24, 2005), are rendered **MOOT**.

November 18, 2005

United States District Judge