```
                    IN THE UNITED STATES DISTRICT COURT
                   FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

VICTORIA T. McPHATTER; ALEXIS M.       )
SCHOENTHAL; and HUGH Q. SMITH, on      )
behalf of themselves and others        )
similarly situated, including but      )   CIVIL NO. 1:05CV00027
not limited to:  JAMES MICHAEL         )
MCSWAIN; DEBORAH M. MICHALIC;          )
SHARON ALESIA MILLER; BARBARA P.       )
MOORE; SHIRLEY J. MOORE; JOHN          )
DENNIS MORGAN; BETTIE H. NOBLITT;      )
DIANE WILSON SHYTLE; LINDA T.          )
SMART; CAROL JEAN NASH SPENCER;        )
MARY STATEN SPEARS; THELMA L.          )
HARDIN; MARSHA ROLLINS MCKEE;          )
PATRICIA ANN HANNA; REBECCA M.         )
HOPKINS; BARBARA R. HOUSTON;           )
CORA L. HUDSON; MARY L. HUNTLEY;       )
VIVIAN B. REICHART; LAVONNE M.         )
THOMPSON; ALVIN LEWIS UNDERDOWN;       )
MARION C. ALEXANDER; KAYE GAMBLE       )
FALLS, and Husband, ALBERT HERMAN      )
FALLS; NANCY B. FOX; WILLIAM ALONZO)
GHENT; BETTY B. GILBERT; J. W.         )
KAYLOR; JANICE B. CARTER; LINDA B.     )
CHITWOOD; CAROLYN B. EVANS;            )
WALDENE C. BERRY; ELAINE D. BLACK;     )
BRENDA Y. BURGIN; MYRA G. GRAHAM;      )
LINDA D. GRIFFIN; DENNIS R.            )
HAMRICK; FAYE J. ERTZBERGER;           )
JOHNNY C. PATTERSON; BRENDA M.         )
PERRY; DELOSIE P. WALKER; JUDITH S.)
LYTLE; ALLISON GRANT; LUCINDA B.       )
GARDIN; VERA P. CLIFTON; DEBORAH       )
DAVIS; KATHRYN WHITE; LYNDA S.         )
MINTZ; GABRIEL F. EBERLE; CAROLYN      )
FRANCK; JACQUELINE BLACK;              )
PHYLLIS J. JONES; JOYCE F.             )
PRESSLEY; NELLIE J. TYSON; and         )
SANDRA A. MOORE; BRENDA L. MUNDAY,     )
                                       )
              Plaintiffs,              )
```

```
                v.                      )
                                        )
JEFFREY LIN SWEITZER; MATTHEW JAMES      )
MULLER, SR.; SAMUEL BOYCE RANKIN;       )
RANDY MATZ; JOSEPH M. ZENTNER, JR.;     )
AND OTHER DEFENDANTS TO BE NAMED;       )
and SALOMON, SMITH, BARNEY, INC.,       )
                                        )
                Defendants.             )
```

J U D G M E N T

BULLOCK, District Judge

Based on the stipulation for attorney's fees and costs entered into by the parties on January 30, 2006, IT IS ORDERED AND ADJUDGED that Plaintiffs shall **RECOVER** from the Defendants the sum of EIGHTY-FIVE THOUSAND DOLLARS ($85,000.00) as just costs and expenses, including attorney's fees, pursuant to 28 U.S.C. § 1447(c) incurred as a result of Defendants' removal of this action to this court, which the court found to have lacked an objectively reasonable basis in a Memorandum Opinion filed on November 18, 2005.

/s/ Frank W. Bullock, Jr.
United States District Judge

February 10, 2006