IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| VICTORIA T. McPHATTER; ALEXIS M. SCHOENTHAL; and HUGH Q. SMITH, on behalf of themselves and others similarly situated, including but not limited to: JAMES MICHAEL MCSWAIN; DEBORAH M. MICHALIC; SHARON ALESIA MILLER; BARBARA P. MOORE; SHIRLEY J. MOORE; JOHN DENNIS MORGAN; BETTIE H. NOBLITT; DIANE WILSON SHYTLE; LINDA T. SMART; CAROL JEAN NASH SPENCER; MARY STATEN SPEARS; THELMA L. HARDIN; MARSHA ROLLINS MCKEE; PATRICIA ANN HANNA; REBECCA M. HOPKINS; BARBARA R. HOUSTON; CORA L. HUDSON; MARY L. HUNTLEY; VIVIAN B. REICHART; LAVONNE M. THOMPSON; ALVIN LEWIS UNDERDOWN; MARION C. ALEXANDER; KAYE GAMBLE FALLS, and Husband, ALBERT HERMAN FALLS; NANCY B. FOX; WILLIAM ALONZO GHENT; BETTY B. GILBERT; J. W. KAYLOR; JANICE B. CARTER; LINDA B. CHITWOOD; CAROLYN B. EVANS; WALDENE C. BERRY; ELAINE D. BLACK; BRENDA Y. BURGIN; MYRA G. GRAHAM; LINDA D. GRIFFIN; DENNIS R. HAMRICK; FAYE J. ERTZBERGER; JOHNNY C. PATTERSON; BRENDA M. PERRY; DELOSIE P. WALKER; JUDITH S. LYTLE; ALLISON GRANT; LUCINDA B. GARDIN; VERA P. CLIFTON; DEBORAH DAVIS; KATHRYN WHITE; LYNDA S. MINTZ; GABRIEL F. EBERLE; CAROLYN FRANCK; JACQUELINE BLACK; PHYLLIS J. JONES; JOYCE F. PRESSLEY; NELLIE J. TYSON; and SANDRA A. MOORE; BRENDA L. MUNDAY, | CIVIL NO. 1:05CV00027 |
| Plaintiffs, | |

```
                v.                )
                                  )
JEFFREY LIN SWEITZER; MATTHEW JAMES)
MULLER, SR.; SAMUEL BOYCE RANKIN;  )
RANDY MATZ; JOSEPH M. ZENTNER, JR.;)
AND OTHER DEFENDANTS TO BE NAMED;  )
and SALOMON, SMITH, BARNEY, INC.,  )
                                  )
                Defendants.       )
```

## J U D G M E N T

BULLOCK, District Judge

Based on the stipulation for attorney's fees and costs entered into by the parties on January 30, 2006, IT IS ORDERED AND ADJUDGED that Plaintiffs shall **RECOVER** from the Defendants the sum of EIGHTY-FIVE THOUSAND DOLLARS ($85,000.00) as just costs and expenses, including attorney's fees, pursuant to 28 U.S.C. § 1447(c) incurred as a result of Defendants' removal of this action to this court, which the court found to have lacked an objectively reasonable basis in a Memorandum Opinion filed on November 18, 2005.

_____
United States District Judge

February 10, 2006